**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 464 MAL 2018

            Respondent     :

    :   Petition for Allowance of Appeal from
    :   the Order of the Superior Court

             v.              :

MEDINA LYNN SOUDERS,     :

            Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.